UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DONALD E. OSWALD,

    Plaintiff,

v.                                                                    Case No.:  2:22-cv-247-SPC-NPM

DERRICK DIGGS, WILLIAM
NEWHOUSE, LESE R.
BRENEMAN, FORT MYERS
POLICE DEPARTMENT and CITY
OF FORT MYERS, FLORIDA,

    Defendants.

_____/

**ORDER**[1]

Before the Court is Plaintiff Donald E. Oswald's Notice of Voluntary Dismissal. (Doc. 32).  Plaintiff voluntarily dismisses Counts Two and Three of the Amended Complaint, which, in turn, also means he dismisses all claims against Defendants William Newhouse and Lese Breneman.  Plaintiff doesn't stop there.  He also dismisses the Fort Myers Police Department as a defendant because "it is not an independent legal entity and thus not subject to suit." (Doc. 32 at 1).

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a plaintiff to dismiss an action voluntarily before the opposing party serves an answer or a motion for summary judgment.  The dismissal is effective on filing and requires no further act by the Court.  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

After considering the applicable procedural rule against Plaintiff's paper and the record, the Court grants the requested dismissal.

Accordingly, it is now

**ORDERED:**

Plaintiff Donald E. Oswald's Notice of Voluntary Dismissal (Doc. 32) is **GRANTED**.

1.  Counts Two and Three of the Amended Complaint are **DISMISSED**.

2.  The Clerk is **DIRECTED** to **terminate** Defendants William Newhouse, Lese R. Breneman, and the Fort Myers Police Department from the file.

3.  All that remains of this action are Count One against Defendants Derrick Diggs (in his individual and official capacities) and the City of Fort Myers and Count Four against Defendant Diggs (in his individual and official capacities).

**DONE** and **ORDERED** in Fort Myers, Florida on July 19, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

3